IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **CJ JONES,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**FIRST TRANSIT, INC.,**<br><br>        **Defendant.** | **Civil Action No. 1:22-CV-04295-TWT-CCB** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January 2023, Defendant's First Requests for Production of Documents to Plaintiff were served via e-mail on Plaintiff's counsel of record as follows:

Charles R. Bridgers
Matthew W. Herrington
**Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC**
101 Marietta Street NW, Suite 2650
Atlanta, GA  30303
charlesbridgers@dcbflegal.com
matthew.herrington@dcbflegal.com
*Attorneys for Plaintiff*

        */s/ Rachel P. Kaercher*
        Rachel P. Kaercher
        Georgia Bar No. 743007